NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1501

FLEXITEEK AMERICAS, INC.
and FLEXITEEK INTERNATIONAL AS,

Plaintiffs-Appellees,

v.

PLASDECK INC. and PLASTEAK INC.,

Defendants-Appellants,

and

ANDRE BATISTA,

Defendant.

Appeal from the United States District Court for the Southern District of Florida in case no. 08-CV-60996, Judge James I. Cohn.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Flexiteek Americas, Inc. et al. (Flexiteek) move for leave to file a supplemental appendix, or in the alternative, to dismiss this appeal. Plasdeck Inc. and Plasteak Inc. oppose. Flexiteek replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for leave to file a supplemental appendix is granted. The motion to dismiss is denied.

(2)    Flexiteek's corrected brief, and the supplemental appendix, are due within 14 days of the date of filing of this order.  The appellants should calculate the due date for their reply brief from the date of service of Flexiteek's corrected brief.

FOR THE COURT

APR 0 2 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    S. Tracy Long, Esq.
       Bruce H. Wilson, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 02 2010

JAN HORBALY
CLERK

s20

2009-1501                          2